UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

              Plaintiff,

  -against-                          **ORDER**
                                      98-CV-5574 (FB) (CLP)
VIOLET MOODY,

              Defendant.
------------------------------------------------x

*Appearances:*
*For the Plaintiff:*                         *For the Defendant:*
LIBERATORE JOSEPH IANNARONE     VIOLET MOODY, *pro se*
FRANCIS E. MULLEN
Mullen & Iannarone, P.C.
300 E. Main Street
Smithtown, NY 11787

**BLOCK, Senior District Judge:**

      The Court has received a letter from Violet Moody stating that she has fully paid the default judgment against her in the above-captioned action. The Court construes such letter as a motion for a hearing to determine whether the Court will issue an order of garnishment. Although the United States of America has not yet moved for such an order, in an effort to expedite the proceedings and to give Ms. Moody, who is proceeding *pro se*, adequate time to prepare, the Court orders Ms. Moody to submit to the Court documentation by December 18, 2015, demonstrating that she has fully paid the judgment. Should the United States of America dispute Ms.

Moody's claim, it shall respond within one week of the Court's receipt of her documentation to satisfy the Court that a balance on the judgment is still outstanding. Decision on a motion for a hearing is deferred pending receipt of the parties' submissions.

**SO ORDERED.**

/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
November 19, 2015